UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SCOTT MICHAEL G., | No. CV 17-6100 FFM |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security, is affirmed and this action is dismissed with prejudice.

DATED: January 9, 2019

        /S/FREDERICK F. MUMM
        FREDERICK F. MUMM
        United States Magistrate Judge